IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MELANIE TRAINOR,[1] | § | |
| | § | No. 513, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| MEGAN TRAINOR and JACOB | § | |
| WALEN, | § | File No. CN11-02261 |
| | § | Petition No. 19-14221 |
| Respondents Below, | § | |
| Appellees. | § | |

Submitted: September 1, 2020
Decided: September 14, 2020

## ORDER

On August 12, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Melanie Trainor, to show cause why her appeal should not be dismissed for her failure to respond to the Chief Deputy's letter directing her to file a completed motion to proceed *in forma pauperis* with notarization or an unsworn declaration. On August 19, 2020, the certified mail receipt indicating that Trainor had received the notice to show cause was filed with the Court. A timely response to the notice to show cause was due on or before August 31, 2020. To date, Trainor has not responded to the notice to show cause, nor has she paid the filing fee

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

or filed a completed motion to proceed *in forma pauperis*.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice